**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Henrietta Campbell                                    CHAPTER 13
                    Debtor(s)

                                                             BKY. NO. 24-12909 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ *Denise Carlon*
                                                Denise Carlon
                                                28 Aug 2024, 12:56:14, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322