Certificate Number: 05781-PAE-DE-038814450

Bankruptcy Case Number: 24-12909



05781-PAE-DE-038814450

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 28, 2024</u>, at <u>4:38</u> o'clock <u>PM PDT</u>, <u>Henrietta Campbell</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 28, 2024</u>

By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>