UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Henrietta Campbell**          :     CHAPTER  13
                                        :
                                        :
          DEBTOR                        :Bankruptcy No.: **24-12909/amc**

## ORDER OF COURT

**AND NOW**, this __4th__ day of __Sept.__, 2024 it is hereby **ORDERED** that the Debtor may have until **September 17, 2024,** to file the Schedules & Statements in the above-captioned case.

BY THE COURT:

_____