United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Henreitta Campell

    Debtor

Case No. 24-12909-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Sep 19, 2024

User: admin

Form ID: 309I

Page 1 of 4

Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Henreitta Campell, 1854 Nolan Street, Philadelphia, PA 19138-1208 |
| 14917701 | + | Bank of Amwrica, 201 North Tryon, Charlotte, NC 28255-0001 |
| 14917702 | + | Bankers Healthcare Group, PO Box 332509, Murfreesboro, TN 37133-2509 |
| 14917709 | + | Comenity Capital Bank/JSSCLNDN, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14917710 | + | Comenity/ASHSTWRT, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 14917717 | + | FB&T Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 14917721 | + | Lendmark Financial Services, 42 East Germantown Pike, Norristown, PA 19401-1512 |
| 14917730 | | One Main Financial, 1001 West Cheltenham Avenue, Suite 101, Elkins Park, PA 19027-3287 |
| 14917732 | + | Philadelphia Federal Credit Union, 1206 Chestnut Street, Philadelphia, PA 19107-4805 |
| 14917735 | + | RBS Citizens NA, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 14917743 | | USAA Credit Card Services, PO Box 8337, Carol Stream, IL 60197-8337 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: midusa1@comcast.net | Sep 19 2024 23:57:00 | MICHAEL D. SAYLES, Sayles and Associates, 427 West Cheltenham Avenue, Suite #2, Elkins Park, PA 19027-3201 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Sep 19 2024 23:58:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 20 2024 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 19 2024 23:59:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14917700 | ^ | MEBN | Sep 19 2024 23:55:56 | Bank of America, PO Box 653064, Dallas, TX 75265-3064 |
| 14917703 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 20 2024 00:06:06 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14919678 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2024 23:57:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14917704 | + | EDI: CAPITALONE.COM | Sep 20 2024 03:53:00 | Capital One, PO box 31293, Salt Lake City, UT |

District/off: 0313-2          User: admin          Page 2 of 4

Date Rcvd: Sep 19, 2024          Form ID: 309I          Total Noticed: 54

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 14917705 | + | EDI: CAPITALONE.COM | Sep 20 2024 03:53:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14917707 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2024 23:57:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14917708 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2024 23:57:00 | Citizens Card services, PO Box 42010, Providence, RI 02940-2010 |
| 14917711 | + | EDI: WFNNB.COM | Sep 20 2024 03:53:00 | Comenity/Total Rewards Visa Card, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14917712 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:07:06 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14917713 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:18:32 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14917714 | + | Email/Text: docs@creditworksonline.com | Sep 19 2024 23:57:00 | Creditworks LLC, 3191 Coral Way, Miami, FL 33145-3213 |
| 14920871 | | EDI: DISCOVER | Sep 20 2024 03:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14917718 | | Email/Text: BNSFN@capitalsvcs.com | Sep 19 2024 23:58:00 | First National Credit CA, 1500 S. Highline Avenue, Sioux Falls, SD 57110 |
| 14917719 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 19 2024 23:58:00 | Freedom Credit Union, 626 Acksonville, Suite 250, Warminster, PA 18974-4862 |
| 14917706 | | EDI: JPMORGANCHASE | Sep 20 2024 03:53:00 | Chase Freedom Unlimited, PO Box 6294, Carol Stream, IL 60197-6294 |
| 14917720 | | EDI: JPMORGANCHASE | Sep 20 2024 03:53:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14919021 | | Email/Text: bk@lendmarkfinancial.com | Sep 19 2024 23:57:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14924064 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 00:07:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14917722 | | Email/Text: Mercury@ebn.phinsolutions.com | Sep 19 2024 23:58:00 | Mercury Card, PO Box 70168, Philadelphia, PA 19176-0168 |
| 14917723 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 00:07:26 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14917724 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Mr. Cooper, PO Box 818060, Cleveland, OH 44181-8060 |
| 14917725 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 14917726 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Mr. Cooper, 5801 Postal Road, Cleveland, OH 44181-2184 |
| 14917727 | | EDI: NFCU.COM | Sep 20 2024 03:53:00 | Navy Federal Credit Union, PO Box 3502, Merrifield, VA 22119-3100 |
| 14917728 | + | EDI: NFCU.COM | Sep 20 2024 03:53:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 14917729 | + | EDI: AGFINANCE.COM | Sep 20 2024 03:53:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14917731 | + | Email/Text: bkrgeneric@penfed.org | Sep 19 2024 23:57:00 | Pentagon FCU, PO Box 1432, Alexandria, VA 22313-1432 |
| 14917733 | + | Email/Text: bankruptcy@pnfp.com | Sep 19 2024 23:59:00 | Pinnacle, 150 Third Avenue South, Suite 900, Nashville, TN 37201-2034 |
| 14917734 | | Email/Text: bankruptcy@pnfp.com | Sep 19 2024 23:59:00 | Pinnacle Bank, PO Box 292487, Nashville, TN |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Sep 19, 2024 | Form ID: 309I | Total Noticed: 54

| | | | | 37229-2487 |
|---|---|---|---|---|
| 14917737 | + | EDI: SYNC | Sep 20 2024 03:53:00 | SYNCB/Wal-Mart, PO Box 71746, Philadelphia, PA 19176-1746 |
| 14917736 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 20 2024 00:07:03 | Sofi Bank, 2750 East Cottonwood Parkway Suite 300, Salt Lake City, UT 84121-7285 |
| 14917738 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 19 2024 23:58:00 | TBOM//Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 14917740 | + | Email/Text: dbogucki@trumark.org | Sep 19 2024 23:59:00 | Trumark Financial, PO Box 8127, Fort Washington, PA 19034-8127 |
| 14917739 | + | Email/Text: dbogucki@trumark.org | Sep 19 2024 23:59:00 | Trumark Financial, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14917741 | | Email/Text: bknotice@upgrade.com | Sep 19 2024 23:57:00 | Upgrade, 2 North Central Avenue, Suite 10, Phoenix, AZ 85004 |
| 14917715 | | EDI: USBANKARS.COM | Sep 20 2024 03:53:00 | Elan Financial, CB Disputes, PO Box 108, Saint Louis, MO 63166 |
| 14917716 | | EDI: USBANKARS.COM | Sep 20 2024 03:53:00 | Elan Financial Services, PO Box 790084, Saint Louis, MO 63179-0084 |
| 14917742 | + | EDI: USAA.COM | Sep 20 2024 03:53:00 | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Henreitta Campell midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                    User: admin                                    Page 4 of 4
Date Rcvd: Sep 19, 2024                          Form ID: 309I                                  Total Noticed: 54
TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Henreitta Campell | | Social Security number or ITIN: xxx–xx–1740 |
| First Name   Middle Name   Last Name | | EIN: __–_____ |
| **Debtor 2:** (Spouse, if filing) First Name   Middle Name   Last Name | | Social Security number or ITIN: ____ EIN: __–_____ |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed for chapter: 13    8/20/24 |
| Case number: 24–12909–amc | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Henreitta Campell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1854 Nolan Street Philadelphia, PA 19138 | |
| 4. | **Debtor's attorney** Name and address | MICHAEL D. SAYLES Sayles and Associates 427 West Cheltenham Avenue, Suite #2 Elkins Park, PA 19027–3201 | Contact phone (215) 635–2270 Email: midusa1@comcast.net |
| 5. | **Bankruptcy trustee** Name and address | KENNETH E. WEST Office of the Chapter 13 Standing Trustee 1234 Market Street – Suite 1813 Philadelphia, PA 19107 | Contact phone 215–627–1377 Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office —– 9:00 A.M. to 4:00 P.M; Reading Office —– 9:00 A.M. to 4:00 P.M. Contact phone (215)408–2800 Date: 9/19/24 |

**For more information, see page 2**

Debtor  **Henreitta Campell**                                                                          Case number **24–12909–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2024 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to<br>https://www.justice.gov/ust/moc |

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/31/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/29/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/16/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $700.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/12/24 at 10:00 AM** , Location: **HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |