**Einstein Health Network**
5501 Old York Road
Philadelphia, PA  19141

| Pay Group: | NBI-EHN Biweekly |
| Pay Begin Date: | 06/02/2024 |
| Pay End Date: | 06/15/2024 |

| Business Unit: | 610 |
| Advice #: | 000000012696746 |
| Advice Date: | 06/21/2024 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Pct: | | |
| Addl. Amt: | 150.00 | |

**Henrietta Campbell**
1854 Nolan St
Philadelphia, PA  19138-1208

| Employee ID: | 000166069 |
| Department: | 610B1712-O/P Home Dialysis -TB |
| Location: | Einstein 5501 Old York Road |
| Job Title: | Nurse RN - gf |
| Pay Rate: | $59.330000 Hourly |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Sick | 59.330000 | 80.00 | 4,746.40 | 130.00 | 7,712.90 | |
| WellCredit | | | 15.00 | | 195.00 | |
| FLSART ADJ | | | 0.00 | | 2.65 | |
| TimeOffSch | | | 0.00 | 104.50 | 6,199.99 | |
| Holiday | | | 0.00 | 20.00 | 1,186.60 | |
| Overtime | | | 0.00 | 9.25 | 823.20 | |
| Regular | | | 0.00 | 798.30 | 47,363.14 | |
| Shift Diff | | | 0.00 | | 210.98 | |
| **TOTAL:** | | 80.00 | 4,761.40 | 1,062.05 | 63,694.46 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 919.26 | 12,381.44 |
| Fed MED/EE | 68.55 | 917.23 |
| Fed OASDI/EE | 293.12 | 3,921.96 |
| PA Unempl EE | 3.34 | 44.59 |
| PA Withholdng | 145.20 | 1,942.76 |
| PA PHILADELPHIA Wit | 179.10 | 2,395.61 |
| **TOTAL:** | 1,608.57 | 21,603.59 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 36.92 | 479.96 |
| Dental | 6.41 | 83.33 |
| Vision | 2.91 | 37.83 |
| ParkingP | 13.28 | 172.64 |
| **TOTAL:** | 59.52 | 773.76 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PASNAPUD | 39.23 | 509.99 |
| ENULCL | 2.00 | 26.00 |
| Cafe | 6.44 | 49.25 |
| BenefitPlus | 185.93 | 2,417.09 |
| QCPharm | 0.00 | 11.05 |
| **TOTAL:** | 233.60 | 3,013.38 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 11.41 | 148.33 |
| Basic LTD* | 14.49 | 188.37 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,761.40 | 4,727.78 | 1,608.57 | 293.12 | 2,859.71 |
| YTD | 63,694.46 | 63,257.40 | 21,603.59 | 3,787.14 | 38,303.73 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000012696746 | Checking | 300.00 |
| | Checking | 2,559.71 |
| **TOTAL:** | | 2,859.71 |

MESSAGE:

**Einstein Health Network**
5501 Old York Road
Philadelphia, PA  19141

**Date: 06/21/2024**

**Advice No. 12696746**

Deposit Amount:    $2,859.71

To The Account
Of
**HENRIETTA CAMPBELL**
1854 Nolan St
Philadelphia, PA  19138-1208
Location: Einstein 5501 Old York Road

# NON-NEGOTIABLE

**Einstein Health Network**
5501 Old York Road
Philadelphia, PA 19141

| Pay Group: | NBI-EHN Biweekly |
|---|---|
| Pay Begin Date: | 05/19/2024 |
| Pay End Date: | 06/01/2024 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000012665680 |
| Advice Date: | 06/07/2024 |

**Henrietta Campbell**
1854 Nolan St
Philadelphia, PA 19138-1208

| Employee ID: | 000166069 |
|---|---|
| Department: | 610B1712-O/P Home Dialysis -TB |
| Location: | Einstein 5501 Old York Road |
| Job Title: | Nurse RN - gf |
| Pay Rate: | $59.330000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Pct: | | |
| Addl. Amt: | 150.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 59.330000 | 59.57 | 3,534.29 | 798.30 | 47,363.14 |
| Holiday | 59.330000 | 10.00 | 593.30 | 20.00 | 1,186.60 |
| Sick | 59.330000 | 10.00 | 593.30 | 50.00 | 2,966.50 |
| WellCredit | | | 15.00 | | 180.00 |
| FLSART ADJ | | | 0.00 | | 2.65 |
| TimeOffSch | | | 0.00 | 104.50 | 6,199.99 |
| Overtime | | | 0.00 | 9.25 | 823.20 |
| Shift Diff | | | 0.00 | | 210.98 |
| **TOTAL:** | | 79.57 | 4,735.89 | 982.05 | 58,933.06 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 913.13 | 11,462.18 |
| Fed MED/EE | 68.18 | 848.68 |
| Fed OASDI/EE | 291.54 | 3,628.84 |
| PA Unempl EE | 3.31 | 41.25 |
| PA Withholdng | 144.42 | 1,797.56 |
| PA PHILADELPHIA Wit | 178.14 | 2,216.51 |
| **TOTAL:** | 1,598.72 | 19,995.02 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 36.92 | 443.04 |
| Dental | 6.41 | 76.92 |
| Vision | 2.91 | 34.92 |
| ParkingP | 13.28 | 159.36 |
| **TOTAL:** | 59.52 | 714.24 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PASNAPUD | 39.23 | 470.76 |
| ENULCL | 2.00 | 24.00 |
| Cafe | 9.84 | 42.81 |
| BenefitPlus | 185.93 | 2,231.16 |
| QCPharm | 0.00 | 11.05 |
| **TOTAL:** | 237.00 | 2,779.78 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 11.41 | 136.92 |
| Basic LTD* | 14.49 | 173.88 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,735.89 | 4,702.27 | 1,598.72 | 296.52 | 2,840.65 |
| YTD | 58,933.06 | 58,529.62 | 19,995.02 | 3,494.02 | 35,444.02 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000012665680 | Checking | 300.00 |
| | Checking | 2,540.65 |
| **TOTAL:** | | 2,840.65 |

MESSAGE:

**Einstein Health Network**
5501 Old York Road
Philadelphia, PA 19141

**Date: 06/07/2024**

**Advice No. 12665680**

**Deposit Amount:** **$2,840.65**

**To The Account Of**

**HENRIETTA CAMPBELL**
1854 Nolan St
Philadelphia, PA 19138-1208
Location: Einstein 5501 Old York Road

# NON-NEGOTIABLE