

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

24-12909

DEBTOR(S):

HENREITTA CAMPELL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 25 IN THE AMOUNT OF $13,351.25

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

9/5/2025