United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-12909-amc
Henreitta Campell | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Sep 04, 2025      Form ID: 155      Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henreitta Campell, 1854 Nolan Street, Philadelphia, PA 19138-1208 |
| 14917701 | + | Bank of Amwrica, 201 North Tryon, Charlotte, NC 28255-0001 |
| 14917702 | + | Bankers Healthcare Group, PO Box 332509, Murfreesboro, TN 37133-2509 |
| 14917709 | + | Comenity Capital Bank/JSSCLNDN, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14917721 | + | Lendmark Financial Services, 42 East Germantown Pike, Norristown, PA 19401-1512 |
| 14938309 | | Nationstar Mortgage LLC, Attn: Bankruptcy Department P.O. Box 619, Dallas, TX 75261-9741 |
| 14920698 | + | Nationstar Mortgage LLC, C/O Denise Carlon, 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14917730 | | One Main Financial, 1001 West Cheltenham Avenue, Suite 101, Elkins Park, PA 19027-3287 |
| 14917732 | + | Philadelphia Federal Credit Union, 1206 Chestnut Street, Philadelphia, PA 19107-4805 |
| 14917735 | + | RBS Citizens NA, 6 Corporate Drive, Shelton, CT 06484-6270 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14939126 | | Email/Text: bankruptcy@bhg-inc.com | Sep 05 2025 00:22:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 14917700 | ^ | MEBN | Sep 05 2025 00:18:57 | Bank of America, PO Box 653064, Dallas, TX 75265-3064 |
| 14938283 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 05 2025 00:22:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14917703 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 05 2025 00:23:20 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14919678 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 05 2025 00:22:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14961672 | | Email/Text: megan.harper@phila.gov | Sep 05 2025 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14917704 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2025 00:23:43 | Capital One, PO box 31293, Salt Lake City, UT 84131-0293 |
| 14917705 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2025 00:23:39 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14917706 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 05 2025 00:23:19 | Chase Freedom Unlimited, PO Box 6294, Carol Stream, IL 60197-6294 |
| 14917707 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 05 2025 00:22:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14917708 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 05 2025 00:22:00 | Citizens Card services, PO Box 42010, Providence, RI 02940-2010 |
| 14917710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 24-12909-amc   Doc 39   Filed 09/06/25   Entered 09/07/25 00:38:42   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 155 | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| | | Sep 05 2025 00:22:00 | Comenity/ASHSTWRT, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 14917711 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2025 00:22:00 | Comenity/Total Rewards Visa Card, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14917712 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 00:23:39 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14917713 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 00:23:14 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14917714 | + Email/Text: docs@creditworksonline.com | Sep 05 2025 00:22:00 | Creditworks LLC, 3191 Coral Way, Miami, FL 33145-3213 |
| 14920871 | Email/Text: mrdiscen@discover.com | Sep 05 2025 00:22:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14917717 | + Email/Text: Mercury@ebn.phinsolutions.com | Sep 05 2025 00:22:00 | FB&T Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 14917718 | Email/Text: BNSFN@capitalsvcs.com | Sep 05 2025 00:22:00 | First National Credit CA, 1500 S. Highline Avenue, Sioux Falls, SD 57110 |
| 14917719 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 05 2025 00:22:00 | Freedom Credit Union, 626 Acksonville, Suite 250, Warminster, PA 18974-4862 |
| 14934396 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2025 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14917720 | + Email/PDF: ais.chase.ebn@aisinfo.com | Sep 05 2025 00:23:19 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14933167 | + Email/Text: RASEBN@raslg.com | Sep 05 2025 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14919021 | Email/Text: bk@lendmarkfinancial.com | Sep 05 2025 00:22:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14936842 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 00:23:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14924064 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2025 00:23:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14917722 | Email/Text: Mercury@ebn.phinsolutions.com | Sep 05 2025 00:22:00 | Mercury Card, PO Box 70168, Philadelphia, PA 19176-0168 |
| 14917723 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2025 00:23:19 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14933766 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2025 00:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14917724 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 00:22:00 | Mr. Cooper, PO Box 818060, Cleveland, OH 44181-8060 |
| 14917725 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 00:22:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 14917726 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 00:22:00 | Mr. Cooper, 5801 Postal Road, Cleveland, OH 44181-2184 |
| 14933006 | + Email/Text: ext_ebn_inbox@navyfederal.org | Sep 05 2025 00:22:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14917727 | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 05 2025 00:22:00 | Navy Federal Credit Union, PO Box 3502, Merrifield, VA 22119-3100 |
| 14917728 | + Email/Text: ext_ebn_inbox@navyfederal.org | Sep 05 2025 00:22:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 14917729 | + Email/PDF: cbp@omf.com | Sep 05 2025 00:23:14 | One Main, PO Box 1010, Evansville, IN |

Case 24-12909-amc   Doc 39   Filed 09/06/25   Entered 09/07/25 00:38:42   Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 155 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14938075 | + | Email/PDF: cbp@omf.com | Sep 05 2025 00:23:14 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14948321 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 05 2025 00:23:19 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14917731 | + | Email/Text: bkrgeneric@penfed.org | Sep 05 2025 00:22:00 | Pentagon FCU, PO Box 1432, Alexandria, VA 22313-1432 |
| 14917733 | + | Email/Text: bankruptcy@pnfp.com | Sep 05 2025 00:22:00 | Pinnacle, 150 Third Avenue South, Suite 900, Nashville, TN 37201-2034 |
| 14917734 | | Email/Text: bankruptcy@pnfp.com | Sep 05 2025 00:22:00 | Pinnacle Bank, PO Box 292487, Nashville, TN 37229-2487 |
| 14928819 | + | Email/Text: bankruptcy@pnfp.com | Sep 05 2025 00:22:00 | Pinnacle Bank, 150 3rd Avenue S. STE 900, Nashville, TN 37201-2034 |
| 14947536 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2025 00:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14938045 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2025 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14938060 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2025 00:22:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14940950 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2025 00:22:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14917737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2025 00:23:14 | SYNCB/Wal-Mart, PO Box 71746, Philadelphia, PA 19176-1746 |
| 14917736 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 05 2025 00:23:14 | Sofi Bank, 2750 East Cottonwood Parkway Suite 300, Salt Lake City, UT 84121-7285 |
| 14917738 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2025 00:22:00 | TBOM//Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 14936618 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2025 00:22:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 14928911 | + | Email/Text: dbogucki@trumark.org | Sep 05 2025 00:22:00 | TruMark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14917740 | + | Email/Text: dbogucki@trumark.org | Sep 05 2025 00:22:00 | Trumark Financial, PO Box 8127, Fort Washington, PA 19034-8127 |
| 14917739 | + | Email/Text: dbogucki@trumark.org | Sep 05 2025 00:22:00 | Trumark Financial, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14937773 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2025 00:22:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14917741 | | Email/Text: bknotice@upgrade.com | Sep 05 2025 00:22:00 | Upgrade, 2 North Central Avenue, Suite 10, Phoenix, AZ 85004 |
| 14917715 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2025 00:22:00 | Elan Financial, CB Disputes, PO Box 108, Saint Louis, MO 63166 |
| 14917716 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2025 00:22:00 | Elan Financial Services, PO Box 790084, Saint Louis, MO 63179-0084 |
| 14917742 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 05 2025 00:22:00 | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14917743 | | ^ MEBN | Sep 05 2025 00:19:01 | USAA Credit Card Services, PO Box 8337, Carol Stream, IL 60197-8337 |

TOTAL: 59

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Henreitta Campell midusa1@comcast.net midusa1@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Henreitta Campell<br><br>   Debtor(s). | Case No. 24−12909−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 2, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court