UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

FILED
SEP 2 6 2025
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

In re:
Campbell, Henrietta

Case No. 24-12909
Chapter 13

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: **Pinnacle Bank**

OLD MAILING ADDRESS: **150 3rd Ave S STE 900**
**Nashville, TN 37201**
**(ECF Claim #6)**

NEW MAILING ADDRESS: **21 Platform Way S**
**STE 2300**
**Nashville, TN 37203**

DATED: 09/22/25

_____
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices and payments shall be sent to the new mailing address**

(6/1/11)