**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

      HENREITTA CAMPELL

      Debtor

Chapter 13

No. 24-12909-AMC

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF**
**NONCOMPLIANCE WITH LOCAL RULE 2016-3**
**FOR FAILURE TO TIMELY FILE A FEE APPLICATION**

    Kenneth E. West, Esquire, Standing Chapter 13 Trustee, certifies that Debtor's counsel has failed to file a Fee Application in accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2).

    In accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2), the Trustee requests that this Court issue a 28 day Order to Show Cause why the requested fee should not be adjusted pursuant to Local Rules 2016-3(a)(4)(A)(B) and/or Local Rule 2016-3(b)(2)(A)(B).

Date: <u>July 15, 2026</u>

Respectfully submitted,

<u>*/s/ Kenneth E. West, Esquire*</u>
Kenneth E. West, Esquire
Standing Chapter 13 Trustee