*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Henreitta Campell

    Debtor(s)

Case No: 24−12909−amc

Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

the requested fee should not be
adjusted pursuant to Local Rules
2016−3(a)(4)(A)(B) and/or Local
Rule 2016−3(b)(2)(A)(B).

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 8/11/26

at: 11:00 AM

in: HRG will be held via Telephone, see Calendar info. for the Judge, on
the Court website

For The Court

Mohung Wong
Clerk of Court

Dated: July 24, 2026

43
Form 175