IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Henrietta Campbell** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No: **24-12909\amc** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation nor to Application for Administrative Expense has been filed.

Dated: **September 22, 2026**

Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
PO Box 11222
Elkins Park, PA 19027
215-635-2270 (phone)
midusa1@comcast.net